

Menu  Department of Labor

# Official Record of Benefit Payment History

### Current Claim

| | |
|---|---|
| Name: | Mahabubur Rahman |
| Social Security Number: | XXX-XX-5814 |
| Start/Effective Date: | 03/09/2020 |
| Benefit Year Ending Date: | 03/14/2021 |
| Weekly Benefit Amount: | $504.00 |
| Maximum Amount Payable: | $19,656.00 |
| Effective Days Remaining: | 0 |

## Latest Transaction(s) as of 12/02/2020

- You last certified for benefits for the week ending 11/29/2020.
- Your payment for the week ending 11/29/2020 was released on 11/30/2020.
- Weekly payments for $600 showing "0" under the "Effective Days" column, and Debit Card or Direct Deposit under the "Type" column, are the Federal Pandemic Unemployment Compensation (FPUC) payments.

### Effective Days

Each day in a week (Monday through Sunday) that you qualify for benefits is called an effective day. There is a maximum of 4 effective days each week, and you must qualify for all 4 effective days in order to receive your total weekly benefit rate. For each day in the week that you are not eligible to receive benefits, you will receive one less effective day, which is equivalent to one fourth of your weekly benefit rate. For example, if you are not available to work one day in a week, or if you have worked any part of a day, or have received vacation or holiday pay for one day in a week, your benefits will be reduced by one effective day (the same as one-quarter of your benefit rate). You can receive a maximum of 104 effective days on your claim.

Once your claim becomes payable, you may see fewer effective days remaining. This means you are being paid for those days and will soon see this change reflected via the funds in your bank account or debit card.

If three days have passed since a payment was released and the funds are not in your account, you

should contact KeyBank Customer Service at (866) 295-2955 if you have a debit card. If you have direct deposit, contact your bank. If there is a holiday in a given week, payments may be delayed by one day that week.

## Payment History

| Week Ending | Total Amount | Net Amount | Effective Days | Release Date | Type |
|---|---|---|---|---|---|
| 11/29/2020 | $504.00 | $504.00 | 4 | 11/30/2020 | Direct Deposit |
| 11/22/2020 | $504.00 | $504.00 | 4 | 11/23/2020 | Direct Deposit |
| 11/15/2020 | $504.00 | $504.00 | 4 | 11/16/2020 | Direct Deposit |
| 11/08/2020 | $504.00 | $504.00 | 4 | 11/09/2020 | Direct Deposit |
| 11/01/2020 | $504.00 | $504.00 | 4 | 11/02/2020 | Direct Deposit |
| 10/25/2020 | $504.00 | $504.00 | 4 | 10/26/2020 | Direct Deposit |
| 10/18/2020 | $504.00 | $504.00 | 4 | 10/19/2020 | Direct Deposit |
| 10/11/2020 | $504.00 | $504.00 | 4 | 10/13/2020 | Direct Deposit |
| 10/04/2020 | $504.00 | $504.00 | 4 | 10/05/2020 | Direct Deposit |
| 09/27/2020 | $504.00 | $504.00 | 4 | 09/28/2020 | Direct Deposit |
| 09/20/2020 | $504.00 | $504.00 | 4 | 09/21/2020 | Direct Deposit |
| 09/06/2020 | $300.00 | $300.00 | 0 | 09/24/2020 | Direct Deposit |
| 08/30/2020 | $300.00 | $300.00 | 0 | 09/23/2020 | Direct Deposit |
| 08/23/2020 | $300.00 | $300.00 | 0 | 09/22/2020 | Direct Deposit |
| 09/13/2020 | $504.00 | $504.00 | 4 | 09/14/2020 | Direct Deposit |
| 09/06/2020 | $504.00 | $504.00 | 4 | 09/14/2020 | Direct Deposit |
| 08/16/2020 | $300.00 | $300.00 | 0 | 09/17/2020 | Direct Deposit |
| 08/09/2020 | $300.00 | $300.00 | 0 | 09/17/2020 | Direct Deposit |
| 08/02/2020 | $300.00 | $300.00 | 0 | 09/17/2020 | Direct Deposit |
| 08/30/2020 | $504.00 | $504.00 | 4 | 08/31/2020 | Direct Deposit |
| 08/23/2020 | $182.00 | $182.00 | 4 | 08/24/2020 | Direct Deposit |
| 08/16/2020 | $182.00 | $182.00 | 4 | 08/17/2020 | Direct Deposit |
| 08/09/2020 | $182.00 | $182.00 | 4 | 08/10/2020 | Direct Deposit |
| 08/02/2020 | $182.00 | $182.00 | 4 | 08/03/2020 | Direct Deposit |
| 07/26/2020 | $600.00 | $600.00 | 0 | 07/27/2020 | Direct Deposit |
| 07/26/2020 | $182.00 | $182.00 | 4 | 07/27/2020 | Direct Deposit |
| 07/19/2020 | $600.00 | $600.00 | 0 | 07/21/2020 | Direct Deposit |
| 07/19/2020 | $182.00 | $182.00 | 4 | 07/20/2020 | Direct Deposit |
| 07/12/2020 | $600.00 | $600.00 | 0 | 07/13/2020 | Direct Deposit |
| 07/12/2020 | $182.00 | $182.00 | 4 | 07/13/2020 | Direct Deposit |
| 07/05/2020 | $600.00 | $600.00 | 0 | 07/06/2020 | Direct Deposit |
| 07/05/2020 | $182.00 | $182.00 | 4 | 07/06/2020 | Direct Deposit |

| Week Ending | Total Amount | Net Amount | Effective Days | Release Date | Type |
|---|---|---|---|---|---|
| 06/28/2020 | $600.00 | $600.00 | 0 | 06/29/2020 | Direct Deposit |
| 06/28/2020 | $182.00 | $182.00 | 4 | 06/29/2020 | Direct Deposit |
| 06/21/2020 | $600.00 | $600.00 | 0 | 06/22/2020 | Direct Deposit |
| 06/21/2020 | $182.00 | $182.00 | 4 | 06/22/2020 | Direct Deposit |
| 06/14/2020 | $600.00 | $600.00 | 0 | 06/15/2020 | Direct Deposit |
| 06/14/2020 | $182.00 | $182.00 | 4 | 06/15/2020 | Direct Deposit |
| 06/07/2020 | $600.00 | $600.00 | 0 | 06/08/2020 | Direct Deposit |
| 06/07/2020 | $182.00 | $182.00 | 4 | 06/08/2020 | Direct Deposit |
| 05/31/2020 | $600.00 | $600.00 | 0 | 06/01/2020 | Direct Deposit |
| 05/31/2020 | $182.00 | $182.00 | 4 | 06/01/2020 | Direct Deposit |
| 05/10/2020 | $600.00 | $600.00 | 0 | 06/01/2020 | Direct Deposit |
| 05/10/2020 | $182.00 | $182.00 | 4 | 06/01/2020 | Direct Deposit |
| 05/03/2020 | $600.00 | $600.00 | 0 | 06/01/2020 | Direct Deposit |
| 05/03/2020 | $182.00 | $182.00 | 4 | 06/01/2020 | Direct Deposit |
| 04/26/2020 | $600.00 | $600.00 | 0 | 06/01/2020 | Direct Deposit |
| 04/26/2020 | $182.00 | $182.00 | 4 | 06/01/2020 | Direct Deposit |
| 04/19/2020 | $600.00 | $600.00 | 0 | 06/01/2020 | Direct Deposit |
| 04/19/2020 | $182.00 | $182.00 | 4 | 06/01/2020 | Direct Deposit |
| 04/12/2020 | $600.00 | $600.00 | 0 | 06/01/2020 | Direct Deposit |
| 04/12/2020 | $182.00 | $182.00 | 4 | 06/01/2020 | Direct Deposit |
| 04/05/2020 | $600.00 | $600.00 | 0 | 06/01/2020 | Direct Deposit |
| 04/05/2020 | $182.00 | $182.00 | 4 | 06/01/2020 | Direct Deposit |
| 03/29/2020 | $182.00 | $182.00 | 4 | 06/01/2020 | Direct Deposit |
| 03/22/2020 | $182.00 | $182.00 | 4 | 06/01/2020 | Direct Deposit |
| 05/24/2020 | $600.00 | $600.00 | 0 | 05/26/2020 | Direct Deposit |
| 05/24/2020 | $182.00 | $182.00 | 4 | 05/26/2020 | Direct Deposit |
| 05/17/2020 | $600.00 | $600.00 | 0 | 05/18/2020 | Direct Deposit |
| 05/17/2020 | $182.00 | $182.00 | 4 | 05/18/2020 | Direct Deposit |
| 03/15/2020 | $0.00 | $0.00 | 4 | 05/08/2020 | Last week worked |

## Unemployment Insurance Terms

Unemployment Insurance Terms    Payment History Terms

### Benefit Year Ending Date

The Benefit Year Ending date (BYE) is the date your unemployment insurance claim ends and you can no longer collect benefits on that claim. If you remain unemployed after the BYE date and believe that you had sufficient employment to qualify for a new claim, you must immediately file a new claim.

### Weekly Benefit Amount

The amount of money to which a claimant may be entitled each week. The amount is based on the claimant's wages paid during the base period.

### Maximum Amount Payable

Although your claim lasts one year, during that time you can only receive 26 times your full weekly rate.

### Total Amount

The benefit amount to which you are entitled for the week.

### Net Amount

The total amount minus any deductions (such as child support or Federal tax withholding), i.e. the amount you received.

## Payment Types

### Direct Deposit

Benefit payment was transferred to your checking account on file on the date stated under the "Release Date" column. It may take three business days for payments to be processed.

### Debit Card

Benefit payment was transferred to your debit card on the date stated under the "Release Date" column. It may take three business days for payments to be processed.

### Payment

Benefit payment was issued by a check on the date stated under the "Release Date" column. As of September 2006, paper checks are no longer issued.

### Waiting Week

- Waiting weeks for unemployment benefits have been waived during this crisis. If you see the term 'waiting week' on your payment history please be assured it has not impacted your benefits.

### Adjustment

Payment was issued as a result of a correction or change made to payment(s) previously issued. Payment was issued to either your checking account or your Direct Payment Card.

### Offset

Payment was used to recoup outstanding prior overpayments by withholding and offsetting current benefits.

### Forfeit

Payment was used to liquidate a prior forfeit penalty by withholding and offsetting current benefits. A forfeit is a penalty imposed for willful false statement(s) or misrepresentation(s) made in order to obtain unemployment benefits.